**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6565**

TOMMY RAY ROBINSON,

             Plaintiff - Appellant,

      v.

NURSE KIMBERLY MARTIN; WEXFORD HEALTH SOURCES, INC.;
COLLEGIAL MEDICAL GROUP,

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Deborah K. Chasanow, Senior District Judge. (8:17-cv-00535-DKC)

Submitted: November 13, 2018                    Decided: December 11, 2018

Before NIEMEYER, DIAZ, and QUATTLEBAUM, Circuit Judges.

Remanded by unpublished per curiam opinion.

Tommy Ray Robinson, Appellant Pro Se. Douglas Conrad Meister, Gina Marie Smith,
MEYERS, RODBELL & ROSENBAUM, PA, Riverdale Park, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Ray Robinson appeals from the district court's order granting summary judgment to Defendants in Robinson's 42 U.S.C. § 1983 (2012) suit. Parties to a civil action are accorded 30 days after the entry of the district court's final judgment or order to note an appeal. Fed. R. App. P. 4(a)(1)(A). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The district court entered its final judgment on the docket on February 2, 2018. Robinson filed his notice of appeal, at the earliest, on approximately April 25, 2018, after the 30-day appeal period expired.

However, Robinson's notice of appeal referenced earlier attempts to appeal that are not reflected on the docket sheet. Accordingly, we remand the case for the limited purpose of allowing the district court to determine whether Robinson timely filed a notice of appeal. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*